IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH WAYNE HENDRIX, #208777, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:10-CV-454-WKW [WO] |
| J. C. GILES, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 43), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted, and that Plaintiff's Motion for Preliminary Injunction (Doc. # 39) is DENIED.

It is further ORDERED that this action is REFERRED back to the Magistrate Judge for further proceedings and a recommendation as may be appropriate.

DONE this 28th day of November, 2012.

                                                               /s/ W. Keith Watkins
                                        CHIEF UNITED STATES DISTRICT JUDGE